EMAILED Batch #: 53081700 / Doc #: 5 / File Date: 5/15/2018 2:41:00 PM

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY<br>U.S. Coast Guard<br>BILL OF SALE | | OMB No: 1625-0027<br>Expires: 07/31/2019 |

**1. VESSEL NAME**
2013 39'4" Deep Impact, State of Florida Reg. #FL2818PL
O/N 1286763

**2. OFFICIAL NUMBER OR HULL ID NUMBER**
IMX39O10A213

**3. NAME(S) AND ADDRESS(ES) OF SELLERS**
MRBL Group LLC
Sole Owner

5060 SW 159th Avenue
Miami, FL  33185-5091

3A. TOTAL INTEREST OWNED (IF LESS THAN 100%): _____ %

**4. NAME(S) AND ADDRESS(ES) OF BUYER(S) AND INTEREST TRANSFERRED TO EACH**
Hector Santana
Sole Owner

420 W. 77th Street
Hialeah, FL  33014

4A. TOTAL INTEREST TRANSFERRED (100% UNLESS OTHERWISE SPECIFIED): _____ %

**4B. MANNER OF OWNERSHIP.** UNLESS OTHERWISE STATED HEREIN, THIS BILL OF SALE CREATES A TENANCY IN COMMON, WITH EACH TENANT OWNING AN EQUAL UNDIVIDED INTEREST. CHECK ONLY ONE OF THE FOLLOWING BLOCKS TO SHOW ANOTHER FORM OF OWNERSHIP.

☐ JOINT TENANCY WITH RIGHT OF SURVIVORSHIP   ☐ TENANCY BY THE ENTIRETIES   ☐ COMMUNITY PROPERTY

☐ OTHER (DESCRIBE)

**5. CONSIDERATION RECEIVED** (ONE DOLLAR AND OTHER VALUABLE CONSIDERATION UNLESS OTHERWISE STATED)

**6.** I (WE) DO HEREBY SELL TO THE BUYER(S) NAMED ABOVE, THE RIGHT, TITLE AND INTEREST IDENTIFIED IN BLOCK 4 OF THIS BILL OF SALE, IN THE PROPORTION SPECIFIED HEREIN.

VESSEL IS SOLD FREE AND CLEAR OF ALL LIENS, MORTGAGES, AND OTHER ENCUMBRANCES OF ANY KIND AND NATURE, EXCEPT AS STATED ON THE REVERSE HEREOF. VESSEL IS SOLD TOGETHER WITH AN EQUAL INTEREST IN THE MASTS, BOWSPRIT, SAILS, BOATS, ANCHORS, CABLES, TACKLE, FURNITURE, AND ALL OTHER NECESSARIES THERETO APPERTAINING AND BELONGING, EXCEPT AS STATED ON THE REVERSE HEREOF.

**7. SIGNATURES OF SELLER(S) OR PERSON(S) SIGNING ON BEHALF OF SELLER(S).**
X [signature]

**8. DATE SIGNED**
5/14/18

**9. NAME(S) OF PERSON(S) SIGNING ABOVE, AND LEGAL CAPACITY IN WHICH SIGNED** (E.G., OWNER, AGENT, TRUSTEE, EXECUTOR)

By: Lazaro Hernandez, Member

**10. ACKNOWLEDGMENT** (TO BE COMPLETED BY NOTARY PUBLIC OR OTHER OFFICIAL AUTHORIZED BY A LAW OF A STATE OR THE UNITED STATES TO TAKE OATH.)

ON 5/14/18 (DATE) THE PERSON(S) NAMED IN SECTION 9 ABOVE ACKNOWLEDGED EXECUTION OF THE FOREGOING INSTRUMENT IN THEIR STATED CAPACITY(IES) FOR THE PURPOSE THEREIN CONTAINED.

STATE: FL
COUNTY: Dade

NOTARY PUBLIC: [notary seal - Susana Vazquez, Notary Public State of Florida]

MY COMMISSION EXPIRES: _____